■ FREDERICK HAWKES, Respondent, v BONNIE HAWKES, Appellant. [821 NYS2d 141]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered December 5, 2005 in a divorce action. The order adjudged that plaintiff is entitled to a divorce from defendant on the ground of cruel and inhuman treatment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Green, JJ.